Michael Maddigan (SBN 163450)
Allison N. Bertolozzi (SBN 364734)
Hogan Lovells US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
michael.maddigan@hoganlovells.com
allison.bertolozzi@hoganlovells.com

*Attorneys for Defendant*
UnitedHealthcare Benefits Plan of California

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| LAWRENCE BOND, an individual<br><br>Plaintiff,<br>v.<br><br>UNITEDHEALTHCARE BENEFITS PLAN OF CALIFORNIA, a California Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:25-cv-12057-DSF-E<br><br>**JOINT STIPULATION REGARDING (1) PLAN COVERAGE AND (2) AMENDED COMPLAINT**<br><br>Assigned for All Purposes to: Honorable Dale S. Fischer<br><br>Complaint Served: November 20, 2025<br>Removal Filed: December 19, 2025 |

**<u>JOINT STIPULATION</u>**

**WHEREAS**, Defendant UnitedHealthcare Benefits Plan of California ("Defendant") was served with the Complaint filed in California state court by Plaintiff Lawrence Bond ("Plaintiff") on November 20, 2025;

**WHEREAS**, Defendant removed Plaintiff's case to this Court on December 19, 2025;

**WHEREAS,** on February 25, 2026, Plaintiff filed a Motion to Remand, and

Defendant filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6);

**WHEREAS**, the parties fully briefed those motions, and the Court took them off calendar and under submission by Order dated March 18, 2026;

**WHEREAS**, on April 6, 2026, the Court conducted a scheduling conference, during which the Court discussed the pending motions, particularly the Motion to Remand;

**WHEREAS**, during the scheduling conference, the Court raised the issue of whether there were any employees covered by the benefit plan at issue ("the Plan");

**WHEREAS**, during the scheduling conference, the Court instructed the parties that, if there is no dispute among the parties that there were employees covered by the Plan, the parties should submit a stipulation to the Court addressing that issue;

**WHEREAS**, there is no dispute among the parties that there were, and are, employees covered by the Plan and, as a result, the parties are submitting this stipulation;

**WHEREAS**, the Court indicated at the scheduling conference that, if the policy at issue was an ERISA plan, then Plaintiff would be allowed to file an amended complaint;

**NOW, THEREFORE, BY AND THROUGH THEIR COUNSEL OF RECORD, AND SUBJECT TO THE APPROVAL OF THE COURT**, the parties hereby jointly stipulate and agree that:

1. There were, and are, employees covered by the Plan at issue in this action.
2. Plaintiff shall file and serve an Amended Complaint on or before June 1, 2026.
3. Defendant shall respond to the Amended Complaint in accordance with the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

Dated: April 17, 2026

HOGAN LOVELLS US LLP

By: */s/ Michael Maddigan*

Michael Maddigan
Allison N. Bertolozzi

*Attorneys for Defendant*
UnitedHealthcare Benefits Plan of California

Dated: April 17, 2026

ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP

By: */s/ Artur Abramyan*

Nicholas P. Roxborough
Artur Abramyan

*Attorneys for Plaintiff*
Lawrence Bond

## ATTESTATION [L.R. 5-4.3.4]

I, Michael Maddigan, hereby attest that counsel for Plaintiff concurs in this document's content and has authorized this filing.

Dated: April 17, 2026

By: */s/ Michael Maddigan*

Michael Maddigan (SBN 163450)
Hogan Lovells US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
michael.maddigan@hoganlovells.com

*Attorney for Defendant*
UnitedHealthcare Benefits Plan of California