# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

LAWRENCE BOND, an individual

Plaintiff,

v.

UNITEDHEALTHCARE BENEFITS PLAN OF CALIFORNIA, a California Corporation; and DOES 1 through 20, inclusive,

Defendants.

Case No. 2:25-cv-12057-DSF-E

**ORDER GRANTING JOINT STIPULATION REGARDING (1) PLAN COVERAGE AND (2) AMENDED COMPLAINT**

Assigned for All Purposes to:
Honorable Dale S. Fischer

Complaint Served: November 20, 2025
Removal Filed: December 19, 2025

# ORDER

This Court has reviewed the parties' Joint Stipulation Regarding Plan Coverage and Amended Complaint. Good cause appearing therefore, the Court hereby **ORDERS** as follows:

1. The Court accepts the parties' stipulation that there were, and are, employees covered by the benefit plan at issue in this action.
2. Plaintiff shall file and serve an Amended Complaint on or before June 1, 2026.
3. Defendant shall respond to the Amended Complaint in accordance with the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: April 20, 2026

Dale S. Fischer

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE