NICHOLAS P. ROXBOROUGH (SBN 113540)
npr@rpnalaw.com
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP - 5900 Canoga Avenue, Suite 450
Woodland Hills, California 91367
Tel: (818) 992-9999; Fax: (818) 992-9991

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAWRENCE BOND, an individual,<br><br>Plaintiff(s),<br>v.<br>UNITEDHEALTHCARE BENEFITS PLAN OF CALIFORNIA, et al.<br><br>Defendant(s). | CASE NUMBER<br>2:25-cv-12057-DSF-E<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) ________________ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) ________________ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) ________________ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) ________________

________________
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by ________________.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

September 16, 2026
*Date*

*Signature of Attorney/Party*

*NOTE:* ***F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.***

***F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.***